**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ANNA BIBLE,
Plaintiff,

v.

ALLIED INTERSTATE, INC.,
Defendant.

Civil No. 00-323 (DWF/RLE)

**ORDER FOR REASSIGNMENT OF RELATED CASES**

CAROLINE BIBLE,
Plaintiff,

v.

ALLIED INTERSTATE, INC.,
Defendant.

Civil No. 00-324 (~~DWF~~ MJD/RLE)

Case No. 00-323 having been assigned to Judge Donovan W. Frank and Case No. 00-324 having later been assigned to Judge Michael J. Davis, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-324 be assigned to Judge Donovan W. Frank, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: June 12, 2000

DONOVAN W. FRANK
Judge of United States District Court

Dated: June ____, 2000

MICHAEL J. DAVIS
Judge of United States District Court

FILED JUN 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Please use new case

number 00-324 DWF/RLE